# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Technologists, Inc. ) ASBCA Nos. 58749, 58836, 58837
)
Under Contract Nos. W917PM-07-C-0014 )
W917PM-07-D-0016 )
W917PM-09-D-0005 )

APPEARANCES FOR THE APPELLANT: Michael H. Payne, Esq.
Amy M. Kirby, Esq.
  Cohen Seglias Pallas Greenhall & Furman, P.C
  Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
James D. Stephens, Esq.
Michael A. Rea, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 4 February 2016

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58749, 58836, 58837, Appeals of Technologists, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals